UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY CORROTHERS,<br><br>               Plaintiff,<br><br>      v.<br><br>NATIONSTAR MORTGAGE LLC,<br>et al.,<br><br>               Defendants. | CASE NO. C19-0820JLR<br><br>ORDER STRIKING NOTICE OF WITHDRAWAL OF COUNSEL |

The notice of withdrawal filed by counsel for Plaintiff Terry Corrothers does not comply with the local rules of this district. (*See* Not. (Dkt. # 12)); Local Rules W.D. Wash. LCR 83.2. Specifically, the notice of withdrawal does not comply with Local Civil Rule 83.2(b)(1) because it is not in the form of a motion or stipulation, does not seek the court's leave to withdraw, and does not include a certification that it was served on the client. *See* Local Rules W.D. Wash. LCR 83.2(b)(1). In addition, the notice fails to comply with Local Civil Rule 83.2(b)(2), because no other attorney from counsel's law

ORDER- 1

firm has filed a notice of appearance. *See id.* LCR 83.2(b)(2); (*see generally* Dkt.) The court therefore STRIKES the notice of withdrawal of counsel and orders counsel for Mr. Corrothers to comply with Local Civil Rule 83.2(b) in seeking withdrawal. Until counsel complies with the local rules and the court grants leave to withdraw, counsel's authority and duty as counsel of record for Mr. Corrothers shall continue. *See* Local Rules W.D. Wash. LCR 83.2(b)(7).

Dated this 1st day of August, 2019.

The Honorable James L. Robart
U.S. District Court Judge