Michael J. Kapaun, WSBA #36864
Steven J. Dixson, WSBA # 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
mjk@witherspoonkelley.com
sjd@witherspoonkelley.com

*Attorneys for defendants Nationstar Mortgage LLC*
*d/b/a Mr. Cooper and Deutsche Bank National Trust*
*Company Americas, as Trustee for Residential Accredit*
*Loans, Inc., Mortgage Asset-Backed Pass-Through*
*Certificates, Series 2006-QO5*

**Honorable James L. Robart**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TERRY CORROTHERS,

        Plaintiff,

    vs.

NATIONSTAR MORTGAGE LLC d/b/a MR.
COOPER; DEUTSCHE BANK TRUST
COMPANY AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC.
MORTGAGE ASSET-BACKED PASS-
THROUGH CERTIFICATES, SERIES 2006-
QQ5; and DOES 1-10, inclusive,

        Defendants.

No. 2:19-cv-00820-JLR

**STIPULATION TO DISMISS WITH
PREJUDICE**

    Plaintiff Terry Corrothers and defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and

Deutsche Bank National Trust Company Americas, as Trustee for Residential Accredit Loans,

Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO5 stipulate to dismiss all

STIPULATION TO DISMISS WITH PREJUDICE- 1
Case No. 2:19-cv-00820-JLR

**WK WITHERSPOON · KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

{S2044187; 1 }

claims in this action, with prejudice, each party to bear its own attorneys' fees and costs.

A proposed order is submitted herewith.

Respectfully submitted, this 1st day of July, 2020.

**WASHINGTON'S LAW FIRM**

*s/Steve Dashiak via electronic approval 7/1/2020*
Steve Dashiak, WSBA #39836
Washington's Law Firm
P.O. Box 69797
Seatac, Washington 98168-8797
Telephone: (844) 486-9797
Email: steve@washingtonlawfirm.com

*Attorney for plaintiff Terry Corrothers*

**WITHERSPOON · KELLEY**

*s/ Michael J. Kapuan*
Michael J. Kapuan, WSBA #36864
Steven J. Dixson, WSBA #38101
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Fax: (509) 458-2728
Email:  mjk@witherspoonkelley.com
Email:  sjd@witherspoonkelley.com

*Attorneys for defendants Nationstar*
*Mortgage LLC d/b/a Mr. Cooper and*
*Deutsche Bank National Trust*
*Company Americas, as Trustee for*
*Residential Accredit Loans, Inc.,*
*Mortgage Asset-Backed Pass-Through*
*Certificates, Series 2006-QO5*

STIPULATION TO DISMISS WITH PREJUDICE-  2
Case No. 2:19-cv-00820-JLR

**WK** WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

{S2044187; 1 }

1

**CERTIFICATE OF SERVICE**

2

3          I hereby certify that on the 1st day of July 2020,

4          1.      I caused to be electronically filed the foregoing with the Clerk of the Court using
the CM/ECF System which will send notification of such filing to the following:

5

6                          **Steve Dashiak**
                    **Consumer Defense Law Group**
7                    **2973 Harbor Blvd., Ste. 594**
                     **Costa Mesa, CA 92626**
8                    **steve@washingtonslawfirm.com**

9          2.      I hereby certify that I have caused to be mailed by United States Postal Service
the foregoing to the following non-CM/ECF participants at the address listed below:

10

11                          **Julia Simmons**
                    **506 2nd Ave, Ste. 1400**
12                   **Seattle, WA 98104-2329**
                     **juliaesq@aspenlawgroup.com**

13

14         3.      I hereby certify that I have mailed by United States Postal Service the foregoing
document to the following CM/ECF participants at the address listed below:  **None.**

15         4.      I hereby certify that I have hand-delivered the foregoing document to the
16 following participants at the addresses listed below: **None**.

17

18                                  _s/ Michael J. Kapaun_____
                                    Michael J. Kapaun, WSBA No. # 36864

19

20

21

22

23

24

25

26

27

STIPULATION TO DISMISS WITH PREJUDICE- 3
Case No. 2:19-cv-00820-JLR



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

{S2044187; 1 }