Michael J. Kapaun, WSBA #36864
Steven J. Dixson, WSBA # 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
mjk@witherspoonkelley.com
sjd@witherspoonkelley.com

*Attorneys for defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Deutsche Bank National Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO5*

**Honorable James L. Robart**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TERRY CORROTHERS,<br><br>             Plaintiff,<br><br>  vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QQ5; and DOES 1-10, inclusive,<br><br>             Defendants. | No. 2:19-cv-00820-JLR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The court, having reviewed the stipulation to dismiss with prejudice filed by plaintiff Terry Corrothers and defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Deutsche Bank National Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:19-cv-00820-JLR

WK WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

{S2044182; 1 }

Asset-Backed Pass-Through Certificates, Series 2006-QO5, and being fully advised in its premises, GRANTS the parties' stipulation. All claims in this action are dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

This the 6th day of July, 2020.

JAMES L. ROBART
United States District Judge

*Presented by:*

WITHERSPOON • KELLEY

 *s/ Michael J. Kapaun*
Michael J. Kapaun, WSBA No. 36864
Steven J. Dixson, WSBA No. 38101
*Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper and Deutsche Bank National Trust Company Americas, as Trustee for Mortgage Asset Backed Pass-Through Certificates, Series 2006-QO5*

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE    2
Case No. 2:19-cv-00820-JLR



WITHERSPOON•KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

{S2044182; 1 }

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2020,

1. I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Steve Dashiak**
**Consumer Defense Law Group**
**2973 Harbor Blvd., Ste. 594**
**Costa Mesa, CA 92626**
**steve@washingtonslawfirm.com**

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing to the following non-CM/ECF participants at the address listed below:

**Julia Simmons**
**506 2nd Ave, Ste. 1400**
**Seattle, WA 98104-2329**
**juliaesq@aspenlawgroup.com**

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below: **None**.

*s/ Michael J. Kapaun*
Michael J. Kapaun, WSBA No. # 36864



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

{S2044182; 1 }